IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *FOR THE USE OF CONSTRUCTION HARDWARE, INC.,* | : : : : | CIVIL ACTION |
| v. | : : | NO. 12-3285 |
| RONALD D. PATTERSON, ET. AL. | : | |

## **O R D E R**

**AND NOW**, this 24th day of September, 2013, upon consideration of Plaintiff's Requests for Entry of Default against Defendants (ECF Nos. 11, 12, 13); Defendants' Motion to Open and/or Strike the Default Judgment (ECF No. 20); Plaintiff's Cross Motion to Enter Default Judgment Against Defendants (ECF No. 21); Defendants' Petition to Stay the Above Action until the Resolution of the Two Court of Claims Actions (ECF No. 26); and Plaintiff's Motion to Compel Discovery (ECF No. 28.), it is **ORDERED** as follows**:**

A. Defendants' Motion to Open and/or Strike the Default Judgment (ECF No. 20) is **GRANTED**. The clerk shall set aside the defaults against Defendants Ronald D. Patterson, Redi-Corp of Central California, and Aeroplate Corp.

B. Plaintiff's Requests for Entry of Default Judgment against Defendants (ECF Nos. 11, 12, 13) and Plaintiff's Cross Motion to Enter Default Judgment Against Defendants (ECF No. 21) are **DISMISSED** as moot.

C. Defendants' Petition to Stay (ECF No. 26) is **DENIED**.

D. Plaintiff's Motion to Compel Discovery (ECF No. 28) is **GRANTED**. Defendants shall respond to Plaintiff's discovery requests on or before thirty (30) days from the date of this Order.

**IT IS SO ORDERED.**

                                               **BY THE COURT:**

                                               _____
                                               **R. BARCLAY SURRICK, J.**