IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| *FOR THE USE OF CONSTRUCTION* | : | |
| *HARDWARE, INC.* | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 12-3285 |
| RONALD D. PATTERSON, ET AL.: | | |

**O R D E R**

**AND NOW**, this __10th__ day of ____June____, 2014, upon consideration of Plaintiff's

Motion for Sanctions (ECF No. 42), and all documents submitted in support thereof and in

opposition thereto, it is **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part

as follows:

1.      Plaintiff's request for sanctions is **GRANTED**.  Judgment is hereby entered in

favor of Plaintiff Construction Hardware, Inc. and against Defendants Aeroplate

Corp. and Ronald Patterson in the amount of $253,083.84, plus interest of six

percent per annum from February 1, 2012 to the date of this Order, which

represents 41.60 per day,[1] plus per diem storage charges of $90.00 per day from

February 2, 2012 to the date of this Order.[2]

---

[1] *See* Plaintiff's Motion for Summary Judgment (ECF No. 31) for an explanation of the calculation of interest.  The six percent simple interest rate is used pursuant to Pennsylvania statute.  *See* 41 Pa. Cons. Stat. § 202 (indicating that if a document does not include the interest rate, the applicable rate should be six per cent per annum).  February 2, 2012 represents the day that Construction Hardware supplied materials to Defendants and requested payment.

[2] *See* Plaintiff's Motion for Summary Judgment for an explanation of the calculation of storage costs.

2.      Plaintiff's request for reimbursement of fees and costs associated with the filing

of the Motion for Sanctions is **DENIED** without prejudice.  Counsel may submit

documentation that supports the time spent and costs incurred.  After receipt of

the proper documentation, the Court will consider Plaintiff's request for fees and

costs.

**IT IS SO ORDERED.**

BY THE COURT:

_____

**R. BARCLAY SURRICK,   J.**

2